UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSE A. FLORES,<br><br>        Plaintiff,<br><br>v.<br><br>ULTIMATE APPEARANCE LAWN SERVICE, LLC, et al.,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO.  1:14-cv-00485-RWS |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of the defendants' motion for summary judgment, and the court having granted defendants' motion , it is

**Ordered and Adjudged** that the plaintiff recover nothing and that the defendants recover its costs of this action, and the action be, and the same hereby, is **dismissed** on its merits.

Dated at Atlanta, Georgia, this 15th day of September, 2016.

                                                                   JAMES N. HATTEN
                                                                   CLERK OF COURT and
                                                                   DISTRICT COURT EXECUTIVE

                                        By:   s/*Barbara D. Boyle*
                                                   Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 15, 2016
James N. Hatten
Clerk of Court

By: B. D. Boyle
      Deputy Clerk